IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02851-PAB-MEH

NOE CARRILLO FRANCO,

     Plaintiff,

v.

STURGEON, in individual and official capacities,
CINDY NOLD, in individual and official capacities,
KERRY BARON, in individual and official capacities,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2015.**

     In light of the Order Accepting Magistrate Judge's Recommendation which dismisses the case in its entirety [docket #50], Defendants' Motion to Stay the Dispositive Motion Deadline or Alternatively, Motion for Extension of Time [filed January 5, 2015; docket #48] is **denied** as moot.